HINES, Director General of Railroads, v. MAYO MILLING CO., Inc. (Circuit Court of Appeals, Fourth Circuit. May 23, 1923. Order Granting Writ of Error from Supreme Court Filed August 20, 1923.) No. 2092. In Error to the District Court of the United States for the Eastern District of Virginia, at Richmond. D. H. & Walter Leake and Sherlock Bronson, all of Richmond, Va., for plaintiff in error. R. E. Cabell and R. H. Talley, both of Richmond, Va., for defendant in error.

PER CURIAM. Judgment of District Court reversed.

HINES, Director General of Railroads, v. W. F. RICHARDSON, JR., CO., Inc. (Circuit Court of Appeals, Fourth Circuit. May 23, 1923. Order Granting Writ of Error from Supreme Court Filed August 20, 1923.) No. 2091. In Error to the District Court of the United States for the Eastern District of Virginia, at Richmond. D. H. & Walter Leake and Sherlock Bronson, all of Richmond, Va., for plaintiff in error. R. E. Cabell and R. H. Talley, both of Richmond, Va., for defendant in error.

PER CURIAM. Judgment of District Court reversed. See, also, 290 Fed. 162.

KNICKERBOCKER KNITTING MILLS CO. v. GROSS. (Circuit Court of Appeals, Sixth Circuit. April 10, 1923.) No. 3820. In Error to the District Court of the United States for the Eastern Division of the Northern District of Ohio; Westenhaver, Judge. Sidney N. Weitz, of Cleveland, Ohio, for plaintiff in error. Doerfler & Kornhauser, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

LYON et al. v. UNION GAS & OIL CO. et al. (Circuit Court of Appeals, Sixth Circuit. February 16, 1923.) No. 3670. Appeal from the District Court of the United States for the Eastern District of Kentucky; Cochran, Judge. Simeon S. Willis, of Ashland, Ky., and Cain & Thompson, of Louisa, Ky., for appellants. Otto C. Gartin, of Ashland, Ky., and Holt, Duncan & Holt, of Huntington, W. Va., for appellees.

PER CURIAM. Order reversing cause and remanding record to the District Court for further proceedings therein, on authority of the opinion of this court reported in 281 Fed. at pages 674 and following. See, also, 274 Fed. 957.

LYON et al. v. UNION GAS & OIL CO. et al. (Circuit Court of Appeals, Sixth Circuit. February 16, 1923.) No. 3671. Appeal from the District Court of the United States for the Eastern District of Kentucky; Cochran, Judge. Simeon S. Willis, of Ashland, Ky., and Cain & Thompson, of Louisa, Ky., for appellants. Otto C. Gartin, of Ashland, Ky., and Holt, Duncan & Holt, of Huntington, W. Va., for appellees.

PER CURIAM. Order reversing cause and remanding record to the District Court of the United States for further proceedings therein, on authority of the opinion of this court reported in 281 Fed. at pages 674 and following. See, also, 274 Fed. 957.

LYON et al. v. UNION GAS & OIL CO. et al. (Circuit Court of Appeals, Sixth Circuit. February 16, 1923.) No. 3672. Appeal from the District Court of the United States for the Eastern District of Kentucky; Cochran, Judge. Simeon S. Willis, of Ashland, Ky., and Cain & Thompson, of Louisa, Ky., for

appellants. Otto C. Gartin, of Ashland, Ky., and Holt, Duncan & Holt, of Huntington, W. Va., for appellees.

PER CURIAM. Order reversing cause and remanding record to the District Court for further proceedings therein, on authority of the opinion of this court reported in 281 Fed. at pages 674 and following. See, also, 274 Fed. 957.

---

MAHONING & S. RY. & LIGHT CO. v. DAVIS. (Circuit Court of Appeals, Sixth Circuit. January 11, 1923.) No. 3731. In Error to the District Court of the United States for the Eastern Division of the Northern District of Ohio; Westenhaver, Judge. Fillius & Fillius, of Warren, Ohio, for plaintiff in error. Harrington, De Ford, Huxley & Smith, of Youngstown, Ohio, for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel, without costs to either party.

---

NORTH CAROLINA PUBLIC SERVICE CO. et al. v. SOUTHERN POWER CO. (Circuit Court of Appeals, Fourth Circuit. December 13, 1922.) No. 1927. Appeal from the District Court of the United States for the Western District of North Carolina, at Greensboro. Brooks, Hines & Smith and Charles A. Hines, all of Greensboro, N. C., Dred Peacock, of High Point, N. C., and John W. Davis, of New York City, for appellants. W. P. Bynum, of Greensboro, N. C., and Edwin T. Cansler and W. S. O'B. Robinson, Jr., both of Charlotte, N. C., for appellee.

PER CURIAM. Writ of certiorari of the Supreme Court, issued on December 2, 1922, presented, and writ of certiorari and return thereon transmitted to Supreme Court. See, also, 282 Fed. 837.

---

OLD DOMINION BEVERAGE CORPORATION v. COCA-COLA CO. (Circuit Court of Appeals, Fourth Circuit. May 1, 1923.) No. 2084. Appeal from the District Court of the United States for the Eastern District of Virginia, at Richmond. R. E. Scott, L. O. Wendenburg, and T. Gray Haddon, all of Richmond, Va., for appellant. Harold Hirsch, of Atlanta, Ga., Edward S. Rogers and Frank F. Reed, both of Chicago, Ill., and C. V. Meredith, of Richmond, Va., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee.

---

OUTCALT et al. v. FRIEND. (Circuit Court of Appeals, Sixth Circuit. May 7, 1923.) No. 3847. In Error to the District Court of the United States for the Western Division of the Southern District of Ohio; Peck, Judge. Charles M. Leslie and Joseph O'Hara, both of Cincinnati, Ohio, for plaintiffs in error. Hager & Stewart, of Ashland, Ky., and Murray Seasongood, of Cincinnati, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

PAYNE, Director General of Railroads, v. ADAMS GRAIN & PROVISION CO. (Circuit Court of Appeals, Fourth Circuit. May 23, 1923. Order Granting Writ of Error from Supreme Court Filed August 20, 1923.) No. 2094. In Error to the District Court of the United States for the Eastern District of Virginia, at Richmond. D. H. & Walter Leake and Sherlock Bronson, all of Richmond, Va., for plaintiff in error. R. E. Cabell and R. H. Talley, both of Richmond, Va., for defendant in error.

PER CURIAM. Judgment of District Court reversed.